HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00272-AWI-BAM |
|---|---|---|
| *Plaintiff*, | ) ) ) | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET MOTIONS SCHEDULE AND HEARING |
| vs. | ) ) | |
| JOSE ERIBERTO PADRON, | ) ) | Date:   January 12, 2015 Time:  10:00 a.m. |
| *Defendant*. | ) ) ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, MICHAEL S. FRYE, Assistant U.S. Attorney, counsel for plaintiff and VICTOR M. CHAVEZ, Assistant Federal Defender, counsel for defendant, JOSE PADRON, that the trial in this matter presently set for November 18, 2014,  and the Trial Confirmation presently set November 3, 2014, may be vacated.  The defendant shall file his motion to suppress evidence on November 17, 2014. The government shall file its opposition on December 22, 2014.  A reply may be filed on January 7, 2015 and the motion shall be heard on January 12, 2015, at 10:00 a.m.

Defense proposes this stipulation based on a decision not to proceed to trial and to file a motion to suppress evidence.  The defendant wishes to avoid preparation of pretrial filings since the matter will not proceed to trial and proposes to proceed with a motion to suppress evidence which is particularly appropriate in light of *Rodriguez v. United States*, 2014 U.S. LEXIS (U.S. October 2, 2014) (granting writ of certiorari in similar case).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN WAGNER<br>United States Attorney |
| Date: October 27, 2014 | /s/ Michael S. Frye<br>MICHAEL S. FRYE<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date:  October 27, 2014 | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSE E. PADRON |

**O R D E R**

IT IS SO ORDERED.

Dated:   October 27, 2014

_____
SENIOR  DISTRICT  JUDGE