BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ERIBERTO PADRON, <br><br> Defendants. | CASE NO. 1:13-CR-00272-AWI-BAM <br><br> STIPULATION AND ORDER CONTINUING HEARING DATE <br><br> DATE: January 12, 2015 <br> TIME: 10:00 a.m. <br> COURT: Hon. Anthony W. Ishii |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate that a continuance of the hearing on defendant's motion to suppress is necessary and hereby request an order continuing the hearing on the Motion to Suppress from January 12, 2015 at 10:00 a.m. to February 23, 2015, at 10:00 a.m.

This request is made to accommodate the attorney for the government based on unexpected travel to Pennsylvania on the date of the hearing. Assistant United States Attorney Michael S. Frye is counsel on the matter of <u>United States vs. Stone</u> 1:12-CR-72 JCC-GSA. Stone is charged with first degree murder from an incident that occurred at Atwater Federal Penitentiary. On December 19, 2014, settlement of the case was authorized with the understanding that the plea would be taken in Pennsylvania near the location of whether the defendant is housed. The plea has tentatively been

scheduled for January 13, 2014.  AUSA Frye anticipates travelling to Pennsylvania on January 12, 2015, and his travel plans will conflict with the hearing on the Padron matter.

The parties agree to exclude time to February 23, 2015, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: January 6, 2015         Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Michael S. Frye
                               MICHAEL S. FRYE
                               Assistant United States Attorney

DATED:  January 6, 2015

                               /s/ Victor Chavez
                               VICTOR CHAVEZ
                               Counsel for Defendant

IT IS SO ORDERED.

Dated:   January 6, 2015         _____
                                 SENIOR  DISTRICT  JUDGE