HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00272-AWI-BAM |
| *Plaintiff,* | |
| vs. | **STIPULATION TO MOVE HEARING DATE AND ORDER** |
| JOSE ERIBERTO PADRON, | Date:    March 9, 2015<br>Time:    2:00 p.m. |
| *Defendant.* | Judge:   Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jose Eriberto Padron, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for February 23, 2015 may be set over to March 9, 2015 at 2:00 p.m.

Defendant proposes this stipulation because he is awaiting information from an expert which as of this date has not been provided.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

///

Dated: February 19, 2015

                      BENJAMIN B. WAGNER
                      United States Attorney

                      */s/ Michael S. Frye*
                      MICHAEL S. FRYE
                      Assistant United States Attorney
                      Attorney for Plaintiff

Dated: February 19, 2015

                      HEATHER E. WILLIAMS
                      Federal Defender

                      */s/ Victor M. Chavez*
                      VICTOR M. CHAVEZ
                      Assistant Federal Defender
                      Attorney for Defendant
                      JOSE ERIBERTO PADRON

**O R D E R**

IT IS SO ORDERED.

Dated:   February 19, 2015                         _____
                                                       SENIOR DISTRICT JUDGE