HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00272-AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | **STIPULATION TO MOVE HEARING DATE** |
| vs. | ) ) | **AND ORDER** |
| JOSE ERIBERTO PADRON, | ) ) ) | Date: April 6, 2015<br>Time: 1:30 p.m. |
| *Defendant.* | ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jose Eriberto Padron, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for March 9, 2015 at 2:00 p.m., may be set over to April 6, 2015 at 1:30 p.m.

Defendant proposes this stipulation because he just requested additional discovery from the government and he is obtaining additional information from the Department of Motor Vehicles. This information may eliminate the need for an evidentiary hearing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  March 5, 2015

                                                 BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael S. Frye*
MICHAEL S. FRYE
Assistant United States Attorney
Attorney for Plaintiff

Dated:  March 5, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JOSE ERIBERTO PADRON

**O R D E R**

IT IS SO ORDERED.

Dated:  March 5, 2015

                                                 SENIOR  DISTRICT  JUDGE