BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSE ERIBERTO PADRON,<br><br>                Defendant. | CASE NO. 1:13-CR-00272-AWI-BAM<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE<br><br>DATE: June 22, 2015<br>TIME: 1:30 p.m.<br>COURT: Hon. Anthony W. Ishii |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate that a continuance of the hearing on defendant's motion to suppress is necessary and hereby request an order continuing the hearing on the Motion to Suppress from April 6, 2015 at 1:30 p.m. to June 22, 2015 at 1:30 p.m.

The attorney for the government recently obtained further information requested by the defense that may have a bearing on the pending motion to suppress evidence. This information has now been provided to the defense but may require the defense to subpoena witnesses from the California Department of Motor Vehicles if the motion to suppress is to be heard. A continuance is necessary to allow the attorney for Mr. Padron to digest the new information and to allow time for subpoenas to be issued, if necessary.

STIPULATION AND ORDER TO CONTINUE HEARING      1

The parties agree to exclude time to June 22, 2015 and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: April 2, 2015         Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Michael S. Frye
                              MICHAEL S. FRYE
                              Assistant United States Attorney

DATED:  April 2, 2015

                              /s/ Victor Chavez
                              VICTOR CHAVEZ
                              Counsel for Defendant

### O R D E R

Based on the stipulation of counsel and for good cause, it is ORDERED that the hearing on the Defendant's Motion to Suppress in this matter is continued from April 6, 2015, to June 22, 2015 at 1:30 p.m.  The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance of the trial date is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   April 2, 2015                      _____
                                            SENIOR DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING                    2