HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00272-AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | **STIPULATION AND ORDER** |
| vs. | ) ) | **TO CONTINUE HEARING DATE** |
| JOSE ERIBERTO PADRON, | ) ) | Date:     August 31, 2015<br>Time:     1:30 p.m. |
| *Defendant.* | ) ) ) | Judge:    Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jose Eriberto Padron, that defendant's motion to suppress hearing currently scheduled for June 22, 2015 at 1:30 p.m., may be set over to August 31, 2015 at 1:30 p.m.

Defendant proposes this stipulation because defense needs to conduct additional investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

///

Dated:  June 19, 2015

                        BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ Michael S. Frye*
                        MICHAEL S. FRYE
                        Assistant United States Attorney
                        Attorney for Plaintiff

Dated:  June 19, 2015

                        HEATHER E. WILLIAMS
                        Federal Defender


                        */s/ Victor M. Chavez*
                        VICTOR M. CHAVEZ
                        Assistant Federal Defender
                        Attorney for Defendant
                        JOSE ERIBERTO PADRON


**O R D E R**

IT IS SO ORDERED.

Dated:  June 19, 2015                      _____
                                          SENIOR  DISTRICT  JUDGE