HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00272-AWI-BAM |
| *Plaintiff,* | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| JOSE ERIBERTO PADRON, | Date:      December 7, 2015 |
| *Defendant.* | Time:      1:30 p.m. |
| | Judge:    Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant

Federal Defender, Victor M. Chavez, Counsel for Defendant Jose Eriberto Padron, that

defendant's motion to suppress hearing currently scheduled for August 31, 2015 at 1:30 p.m.,

may be set over to December 7, 2015 at 1:30 p.m.

Defendant proposes this stipulation because defense needs to conduct additional

investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

///

1   Dated:  August 27, 2015

2                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
3

4                                                    /s/ Michael S. Frye
                                                     MICHAEL S. FRYE
5                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
6

7   Dated:  August 27, 2015

8                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
9

10                                                   /s/ Victor M. Chavez
11                                                   VICTOR M. CHAVEZ
                                                     Assistant Federal Defender
12                                                   Attorney for Defendant
                                                     JOSE ERIBERTO PADRON
13

14

15                                    **O R D E R**

16

17       The motion to suppress hearing for the above named defendant currently scheduled for

18   August 31, 2015, is continued to December 7, 2015, at 1:30 p.m. in Courtroom 2 before Senior

19   District Judge Anthony W. Ishii.

20

21   IT IS SO ORDERED.

22
     Dated:   August 28, 2015
23                                                   SENIOR  DISTRICT  JUDGE

24

25

26

27

28