HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00272 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO MODIFY BOND AND ORDER** |
| JOSE ERIBERTO PADRON, | ) |
| Defendant. | ) |

The parties, through their respective counsel, hereby stipulate that the appearance and compliance bond in the sum of $10,000, ordered by this court on August 5, 2015 may be modified by substituting a $10,000 cash deposit for the property that presently secures the appearance and compliance bond. All other terms and conditions shall remain in full force and effect.

The defendant seeks this modification so that his parents may sell the property which presently secures the $10,000 appearance and compliance bond.  That property will not be sold until the $10,000 has been deposited with the court clerk.

///

///

///

///

Dated: September 22, 2015

        BENJAMIN B. WAGNER
        United States Attorney

        */s/ Michael S. Frye*
        MICHAEL S. FRYE
        Assistant United States Attorney
        Attorney for Plaintiff

Dated: September 22, 2015

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Victor M. Chavez*
        VICTOR M. CHAVEZ
        Assistant Federal Defender
        Attorney for Defendant
        JOSE ERIBERTO PADRON

## **O R D E R**

IT IS SO ORDERED.

Dated: **September 23, 2015**

        UNITED STATES MAGISTRATE JUDGE