HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>vs.<br><br>JOSE ERIBERTO PADRON,<br><br>　　　　*Defendant*. | Case No.  1:13-cr-00272-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE**<br><br>Date:　February 1, 2016<br>Time:　1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the schedule for filing and hearing motions may be modified as follows:  defense supplemental motion may be filed on January 4, 2016.  Opposition shall be filed January 25, 2016 and hearing date to be set for February 1, 2016 at 1:30 p.m.

This stipulation is proposed because defense counsel has been out ill for several days and wishes to supplement his previously filed motion.  Counsel requests additional time to prepare said motion and for further communication with his client. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

1  Dated:  December 3, 2015

2                                                                          BENJAMIN B. WAGNER
                                                                           United States Attorney

3
                                                                           */s/ Michael S. Frye*
4                                                                          MICHAEL S. FRYE
                                                                           Assistant United States Attorney
5                                                                          Attorney for Plaintiff

6

7  Dated:  December 3, 2015

8                                                                          HEATHER E. WILLIAMS
                                                                           Federal Defender
9
                                                                           */s/ Victor M. Chavez*
10                                                                         VICTOR M. CHAVEZ
                                                                           Assistant Federal Defender
11                                                                         Attorney for Defendant
                                                                           JOSE ERIBERTO PADRON
12

13

14

15                                         **O R D E R**

16

17
   IT IS SO ORDERED.
18
   Dated:   December 3, 2015                          _____
19                                                           SENIOR  DISTRICT  JUDGE

20