HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00272 AWI-BAM |
|---|---|---|
| *Plaintiff*, | ) | **STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER** |
| vs. | ) | Date: April 11, 2016 |
| JOSE ERIBERTO PADRON, | ) | Time: 1:30 p.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the evidentiary hearing on defendant's motion may be rescheduled as follows:

    Defendant to file supplemental motion:    March 7, 2016

    Opposition Due:    March 28, 2016

    Reply Due:    April 4, 2016

    Motions Hearing:    April 11, 2016 at 1:30 p.m.

Defense proposes this new schedule because it needs to obtain unredacted reports from the California Highway Patrol prior to filing a supplemental motion.

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: January 29, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michael S. Frye
 MICHAEL S. FRYE
Assistant United States Attorney
Attorney for Plaintiff

Dated: January 29, 2016

HEATHER E. WILLIAMS
Federal Defender

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JOSE ERIBERTO PADRON

**O R D E R**

IT IS SO ORDERED.

Dated:  January 29, 2016

_____
SENIOR DISTRICT JUDGE