HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00272 AWI-BAM |
|---|---|---|
| *Plaintiff*, | ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | ) ) | Date:   March 14, 2016 |
| JOSE ERIBERTO PADRON, | ) ) | Time:   1:00 p.m. Judge: Hon. Barbara A. McAuliffe |
| *Defendant*. | ) ) ) | |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 22, 2016, may be continued to March 14, 2016 at 1:00 p.m.

The defense proposes this stipulation because defense counsel will be out of the state on February 22, 2016.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

Dated:  February 17, 2016
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Michael S. Frye*
                                     MICHAEL S. FRYE
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


Dated:  February 17, 2016
                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Victor M. Chavez*
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE ERIBERTO PADRON


**O R D E R**

**IT IS SO ORDERED** THAT the 6th Status Conference is continued from February 22, 2016 to March 14, 2016 at 1:00PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

    Dated:  **February 17, 2016**               /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE