HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> vs. <br> JOSE ERIBERTO PADRON, <br> *Defendant*. | Case No. 1:13-cr-00272 AWI-BAM <br> **STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER** <br> Date: May 9, 2016 <br> Time: 1:30 p.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the motion to suppress now set for hearing on April 4, 2016 may be rescheduled as follows:

    Defendant to file supplemental motion:    April 6, 2016

    Opposition Due:    April 27, 2016

    Reply Due:    May 2, 2016

    Motion Hearing:    May 9, 2016 at 1:30 p.m.

The reason the defense proposes this stipulation is that it needs additional time to file a supplemental motion.

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated:  March 31, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ Vincenza Rabenn
 VICENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

Dated:  March 31, 2016

HEATHER E. WILLIAMS
Federal Defender

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JOSE ERIBERTO PADRON


**O R D E R**

IT IS SO ORDERED.

Dated:   March 31, 2016                         _____

SENIOR  DISTRICT  JUDGE