PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ERIBERTO PADRON,<br><br>Defendant. | CASE NO. 1:13-CR-272-AWI-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: November 14, 2016<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2016.

2. By this stipulation, defendant now moves to continue the status conference until February 13, 2017, and to exclude time between November 14, 2016, and February 13, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports that were recently discovered and produced to defense counsel, as well as chemical drug tests. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review discovery and investigate issues relating to a motion to suppress, which is currently pending in this matter.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2016, to February 13, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  November 10, 2016        PHILLIP A. TALBERT
                  Acting United States Attorney

                  /s/ ROSS PEARSON
                  ROSS PEARSON
                  Assistant United States Attorney

Dated:  November 10, 2016        /s/ VICTOR CHAVEZ
                  VICTOR CHAVEZ
                  Counsel for Defendant
                  JOSE ERIBERTO PADRON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED THAT the 9th Status Conference is continued from November 14, 2016 to February 13, 2017 at 1:00PM before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __November 10, 2016__                    ____/s/ Barbara A. McAuliffe____
                                                                          UNITED STATES MAGISTRATE JUDGE