PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00272-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| JOSE ERIBERTO PADRON, | |
| Defendants. | |

    Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment. The interests of justice, at this time, would be best served by having the court dismiss the pending criminal indictment.

Dated: November 28, 2016

PHILLIP A. TALBERT
United States Attorney

By: /s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>JOSE ERIBERTO PADRON,<br><br>                Defendants. | CASE NO. 1:13-CR-00272-AWI-BAM<br><br>ORDER ON MOTION TO DISMISS INDICTMENT |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the indictment in the above-captioned action against the named defendant. It is hereby ORDERED that the indictment is dismissed.

IT IS SO ORDERED.

Dated:   November 29, 2016                              _____
                                                       SENIOR  DISTRICT  JUDGE