HEATHER E. WILLIAMS, Bar#122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
JOSE ERIBERTO PADRON

FILED
DEC 02 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00272 AWI-BAM |
|---|---|
| Plaintiff, | ) **DEFENDANT'S MOTION TO EXONERATE BOND AND RETURN SECURITY; ORDER** |
| vs. | ) |
| JOSE ERIBERTO PADRON, | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

The government filed a motion to dismiss the indictment on November 28, 2016. (Doc. 61) The court granted the motion by order dated November 29, 2016. (Doc. 62) Defendant Jose Padron hereby moves for an order exonerating bail pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure. His conditions of release were modified pursuant to stipulation on September 23, 2015. On September 24, 2015 defendant's father, Jose Trinidad Padron, posted cash bond in the amount of $10,000:

| 09/24/2015 | 38 | CASH BOND POSTED as to Jose Eriberto Padron in amount of $10,000.00, Receipt # CAE100030406. (Jessen, A) (Entered: 09/24/2015) |
|---|---|---|
| 09/24/2015 | | RECEIPT number CAE100030406 for $10,000.00 for Bond for Jose Eriberto Padron from Jose Trinidad Padron. (Jessen, A) (Entered: 09/24/2015) |

Since no conditions of the bond remain to be satisfied, it is requested that the $10,000 be returned to Jose Trinidad Padron.


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 30, 2016

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JOSE ERIBERTO PADRON

## O R D E R

All conditions of the bond having been satisfied and the case having been terminated, It Is Hereby Ordered that bail is exonerated. The Clerk shall return the $10,000 cash deposit to Mr. Jose Trinidad Padron.

The Court's financial department shall contact the Federal Defender to obtain Mr. Jose Trinidad Padron's current address.

DATED: December 1, 2016

ANTHONY W. ISHII
Senior United States District Judge